# IN THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,**<br>6824 Lexington Avenue<br>Los Angeles, CA 90038<br><br>**BUZZFEED INC.,**<br>111 East 18th Street, 13th Floor<br>New York, NY 10003<br><br>      **Plaintiffs,**<br><br>      **v.**<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY,**<br>2707 Martin Luther King Jr. Avenue SE<br>Washington, DC 20528<br><br>**NATIONAL PROTECTION AND PROGRAMS DIRECTORATE,**<br>1616 Fort Myer Drive<br>Arlington, VA 22209<br><br>**FEDERAL PROTECTIVE SERVICE,**<br>301 7th Street, SW, #G217<br>Washington, DC 20407<br><br>**CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY,**<br>1616 Fort Myer Drive<br>Arlington, VA 22209<br><br>**OFFICE OF INTELLIGENCE & ANALYSIS,**<br>2707 Martin Luther King Jr. Avenue, SE<br>Washington, DC 20528<br><br>**OFFICE FOR CIVIL RIGHTS AND CIVIL LIBERTIES,**<br>2707 Martin Luther King Jr. Avenue, SE<br>Washington, DC 29528-0190 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| **OFFICE OF OPERATIONS COORDINATION AND PLANNING,** 2707 Martin Luther King Jr. Avenue, SE Washington, DC 29528-0190 | ) ) ) ) ) |
| **U.S. SECRET SERVICE,** 950 H Street, NW, #7800 Washington, DC 20223 | ) ) ) ) ) |
| **U.S. CUSTOMS AND BORDER PROTECTION,** 1300 Pennsylvania Avenue, NW Washington, DC 20229 | ) ) ) ) ) ) |
| **GENERAL SERVICES ADMINISTRATION,** 1800 F Street, NW Washington, DC 20405 | ) ) ) ) ) |
| **U.S. DEPARTMENT OF INTERIOR,** 1849 C Street NW Washington, DC 20240 | ) ) ) ) ) |
| **NATIONAL PARK SERVICE,** 1849 C Street NW Washington, DC 20240 | ) ) ) ) ) |
| **Defendants.** | ) |

# COMPLAINT

1. Plaintiffs, JASON LEOPOLD and BUZZFEED INC., bring this Freedom of Information Act suit to force Defendant agencies to produce records regarding recent protests in the wake of the killing of George Floyd and the government's response.

# PARTIES

2. Plaintiffs JASON LEOPOLD and BUZZFEED INC. are members of the media and made the FOIA requests at issue in this case.

3. Defendants are federal agencies or components of federal agencies subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## THE REQUEST AT ISSUE

6. The request at issue in this case is as follows: 1. Emails, memos, letters, directives, mentioning or referring to "Minneapolis riot," "Los Angeles riot," "Washington, DC riot," "protests and black lives matter," "protests and George Floyd," "protests and rioters and looters," "White House and protests," "Trump and tweet and shooting and looters," "protests and Minneapolis," "protests and Washington, DC," "protests and secret service," "protests and looting," "protests and ANTIFA," "protests and Boogaloo," "Big Igloo Bois and protests," "NYPD and Black Lives Matter and protests," "protests and white supremacists," "protests and Proud Boys," "protests and federal property and Federal Protective Service," "protests and National Guard," "protests and Santa Monica and Beverly Hills," "protests and riot," "Donald Trump and bunker and protests," "protests and social media," "George Floyd and Twitter and Facebook," "Black Lives Matter and Twitter and Facebook," "Donald Trump and tweets and protests." Please be sure any correspondence includes emails exchanged with fusion centers and Joint Terrorism Task Forces and any eop.gov email address. The timeframe for this request is May 25, 2020 through the date the search for responsive records is conducted. 2. Intelligence Bulletins, PATRIOT reports, open source intelligence and reports, Threat Assessments, Situation Reports, directives, mentioning or referring to nationwide protests and looting that took place between May 25 and June 1, 2020 that were sparked by the death while in police custody of George Floyd. 3. Legal opinions, legal guidance, legal memos mentioning or referring to the nationwide protests and looting and rioting that started on May 25, 2020 following the death of

George Floyd while in police custody.  4. Records mentioning or referring to "riots and protests and looting" that took place in [various enumerated] cities relating to the death of George Floyd between May 25, 2020 and the date the search for responsive records is conducted.  Copies of the requests are attached as Exhibits A-C.

7. The requests were sent to all Defendants on June 1, 2020, except that the request to GSA was sent on June 4, 2020, and the request to CBP was sent on June 9, 2020.

8. The requests all sought expedited processing.

9. DHS Headquarters, Federal Protective Service, and National Protection and Programs Directorate granted expedited processing and assigned processing numbers 2020-FPFO-00180, 2020-HQFO-01218, and 2020-NPFO-00156.  At the request of these Defendants, Plaintiffs also agreed to narrow the scope of requests 1 and 4, as to those Defendants, to include only GS-15 and Senior Executive Service employees and political appointees.  Copies of these responses are attached as Exhibits D-F.

10. On July 21, 2020, DHS Headquarters, Federal Protective Service, and Cybersecurity and Information Security Agency provided Plaintiffs with an estimated completion date of six to nine months.  That completion date does not comply with FOIA's expedited processing requirements.  As of the date of this Complaint, these Defendants have not issued a determination or produced any records.

11. On June 5, 2020, Intelligence and Analysis granted expedited processing and assigned processing number 2020-IAFO-00217, and on June 8, 2020, Plaintiffs and I&A agreed that I&A would prioritize processing records for Washington D.C., New York, Los Angeles, and Minneapolis, for the search terms ["White House" and "Protest" and "George Floyd"], ["White House" and "Tear Gas"], ["White House" and "Trump" and "looters"], ["White House" and


"George Floyd" and "Black Lives Matter"], and ["Lafayette Park" and "protests"]. A copy of I&A's response letter is attached as Exhibit G.

12. As of the date of this Complaint, I&A has not issued a determination or produced any records.

13. On June 4, 2020, Defendant Secret Service granted expedited processing and assigned processing number 20200719. A copy of the response letter is attached as Exhibit H.

14. As of the date of this Complaint, Secret Service has not issued a determination or produced any records.

15. On June 10, 2020, Defendant CBP acknowledged receipt of the request, denied expedited processing, and assigned processing number CBP-2020-058776. A copy of the response is attached as Exhibits I and J.

16. As of the date of this Complaint, CBP has not issued a determination or produced any records.

17. On June 4, 2020, Defendant GSA assigned the request processing number GSA-2020-000919 and granted expedited processing. A copy of the response is attached as Exhibit K.

18. As of the date of this Complaint, GSA has not issued a determination or produced any records.

19. On June 4, 2020, Defendant National Park Service acknowledged receipt of the request, assigned processing number NPS-2020-00868, and denied expedited processing. A copy of the response is attached as Exhibit L.

20. As of the date of this Complaint, NPS has not issued a determination or produced any records.

21. The remaining Defendants have not responded to the requests.

## COUNTS I THROUGH X – VIOLATION OF FREEDOM OF INFORMATION ACT

22. The above paragraphs are incorporated herein.

23. The requests seek the disclosure of agency records and were properly made.

24. Each Defendant is a federal agency or component subject to FOIA.

25. Each Defendant has failed to issue a determination or produce responsive records.

26. For the purposes of reference, count numbers apply to each Defendant in the order that Defendant appears in the caption.

**WHEREFORE**, Plaintiffs ask the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records and to produce the requested records;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award Plaintiffs attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: August 10, 2020

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiffs
JASON LEOPOLD,
BUZZFEED INC.

Matthew Topic, D.C. Bar No. IL 0037
Joshua Burday, D.C. Bar No. IL 0042
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com